1002

[No. 16771-2-III.    Division Three.    February 16, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. CHRISTOPHER ALEXANDER FAYDO, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-02215-3, Paul A. Bastine, J., entered June 13, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 16976-6-III.    Division Three.    February 16, 1999.]

RICHARD R. COX, *Appellant*, v. MILES G. HIGLEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Adams County, No. 96-2-00124-8, Richard W. Miller, J., entered September 29, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 17059-4-III.    Division Three.    February 16, 1999.]

BRENT M. LARSEN, ET AL., *Respondents*, v. THE TOWN OF COLTON, *Defendant*, CHARLES TILTON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whitman County, No. 97-2-00070-8, Wallis W. Friel, J., entered October 31, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Brown, J. Now published at 94 Wn. App. 383.

[No. 40685-0-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON MATTHEW BABBS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02022-9, Deborah Fleck, J., entered April 4, 1997. *Affirmed* by unpublished per curiam opinion.